# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KAREN TRINH, DDS,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 20-cv-04265-BLF<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH COURT'S STANDING ORDER RE CIVIL CASES**<br><br>[Re: ECF 7] |

On July 6, 2020, before the above-captioned case was reassigned, Defendant filed a motion to dismiss. ECF 7. The motion has 11 single-spaced footnotes. ECF 7. The Court DIRECTS the parties to the Court's Standing Order Re Civil Cases, available on the Court's website, which, among other things, requires footnotes to be double-spaced and states that "[e]xcessive footnotes will be disregarded." Standing Order Re Civil Cases § V.F. Defendant need not correct the motion to dismiss, however, the Court DIRECTS the parties to comply with the Court's Standing Order Re Civil Cases for all future filings.

**IT IS SO ORDERED.**

Dated: July 15, 2020

_____
BETH LABSON FREEMAN
United States District Judge