SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Karen Trinh, DDS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TRINH, DDS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 5:20-cv-04265-BLF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2**<br><br>Hearing Date: November 12, 2020<br>Time:          9:00 A.M.<br>Judge: Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 6-2, Plaintiff Karen Trinh, DDS., Inc. ("Plaintiff") and Defendant State Farm General Insurance Company hereby stipulate and jointly request that the Court enter an Order extending the time for filing an Opposition to, and Reply in support of, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6), filed on July 6th, 2020 ("Motion to Dismiss"). Dkt. No. 7.

1    The Parties stipulate and agree that Plaintiff's time to oppose Defendants' motion to

2 dismiss is extended up to and including September 21st, 2020, and Defendants' time to reply in

3 support of their motion to dismiss is extended up to and including October 13th, 2020. This

4 stipulation does not alter any other date, or any event or deadline already fixed by Court order

5 or rule. The reasons for the request are set forth in the attached Declaration of Michael

6 Indrajana.

7    Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all

8 signatories have concurred in its filing.

9
   DATED:  July 31, 2020                    PACIFIC LAW PARTNERS, LLP
10

11                                          By: /s/ Sandra E. Stone
                                               Sandra E. Stone
12

13                                          *Counsel for Defendant,*
                                            STATE FARM GENERAL INSURANCE COMPANY
14

15  DATED:  July 31, 2020                   SANJIV N. SINGH, A PROFESSIONAL LAW
                                            CORPORATION
16

17                                          By: /s/ Sanjiv N. Singh
                                               Sanjiv N. Singh
18

19                                          INDRAJANA LAW GROUP, A PROFESSIONAL
                                            LAW CORPORATION
20

21                                          By: /s/ Michael B. Indrajana
                                               Michael B. Indrajana
22

23                                          *Counsel for Plaintiff,* KAREN TRINH, DDS., INC.

24

25

26

27

28

1

<u>**ORDER**</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

DATE: <u>August 4, 2020</u>

The Honorable Beth Labson Freeman

6

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28