SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Karen Trinh, DDS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TRINH, DDS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 5:20-cv-04265-BLF<br><br>**STIPULATION TO PERMIT AMENDING OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(A)(2) AND REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2**<br><br>Hearing Date: Nov. 12, 2020<br>Time: 9:00 A.M.<br>Judge: Hon. Beth Labson Freeman |

Pursuant to Rule 15(a)(2), the parties stipulate to permitting Plaintiff Karen Trinh, DDS, Inc. ("Plaintiff") to amend the First Amended Complaint currently on record by no later than

August 24th, 2020 and to denominate said amendment as the "Second Amended Complaint."[1] Pursuant to Civil L.R. 6-2, Plaintiff and Defendant State Farm General Insurance Company ("State Farm") hereby further stipulate and jointly request that the Court enter an Order permitting a modestly modified briefing schedule for State Farm's response, **which does not change the Opposition Brief deadline, Reply Brief deadline, or Hearing Date already ordered by the Court.**

As such, the parties hereby stipulate and agree as follows:

WHEREAS, State Farm filed a Notice of Removal to the Northern District of California on June 26, 2020 (ECF Docket No.1);

WHEREAS, State Farm's motion to dismiss was filed and re-noticed with briefing schedule approved by the court as follows: Plaintiff's Opposition brief due by September 21st, 2020, and State Farm's Reply Brief due no later than October 13th, 2020, and hearing set for November 12, 2020 (ECF Docket No. 18 and No. 21).

WHEREAS, on August 12, 2020, the Parties agreed and stipulated to request the Court to allow State Farm to amend its motion to dismiss in order to comply with Local Rules and the Standing Order of the Court, as well as to update the brief with recent related case developments in other jurisdictions. (ECF Docket No. 22 and No. 23)

WHEREAS, on August 14, 2020, Plaintiff notified State Farm that due to additional publicly available evidence regarding the spread and transmission of COVID-19 and due to recent opinions issued by other federal courts just in the last week, Plaintiff would like to amend the FAC (the first time such an amendment is being filed in the federal court) and

---

[1] Plaintiff had amended its complaint as a matter of right in the State Court.  This would be the first time Plaintiff seeks to amend the complaint in Federal Court, and the first time Plaintiff would be specifically drafting the complaint to comply with Federal Court pleading standards.

- 2 -
STIPULATION TO PERMIT AMENDING OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(A)(2) AND REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2
CASE NO.: 5:20-CV-04265-BLF

Plaintiff further agrees that any further amendment would be only with leave of Court for good cause;

WHEREAS, the interests of justice and judicial efficiency will be furthered by allowing an extended briefing schedule following the stipulation to amend the FAC, especially in light of allowing the Parties to (1) incorporate recent case developments that are favorable to their respective sides, and (2) incorporate recent factual developments surrounding COVID-19 that will significantly impact the pleading of loss or damage caused by COVID-19 and how these issues will be argued in the 12(b)(6) motion briefing;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate to the following schedule for amending the FAC and responsive pleading briefing thereafter:

| BRIEFING DEADLINE | CURRENT DEADLINE | PROPOSED STIPULATED DUE DATE |
| --- | --- | --- |
| Plaintiff's Second Amended Complaint ("SAC") | N/A | August 24, 2020 |
| Defendant's Response to SAC | N/A | September 5th, 2020 |
| Plaintiff's Opposition Brief | September 21st, 2020 | September 21st, 2020 |
| Defendant's Reply Brief | October 13th, 2020 | October 13th, 2020 |
| Motion Hearing Date | November 12th, 2020 | November 12th, 2020 |

The reasons for the request are set forth in the attached Declaration of Michael Indrajana.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

| | | |
|---|---|---|
| 1 | DATED:  August 19, 2020 | PACIFIC LAW PARTNERS, LLP |
| 2 | | By: /s/ Sandra E. Stone |
| 3 | |      Sandra E. Stone |

*Counsel for Defendant,*
STATE FARM GENERAL INSURANCE COMPANY

DATED:  August 19, 2020   SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By: /s/ Sanjiv N. Singh
    Sanjiv N. Singh

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: /s/ Michael B. Indrajana
    Michael B. Indrajana

*Counsel for Plaintiff,* KAREN TRINH, DDS., INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: __August 20, 2020__

_____
The Honorable Beth Labson Freeman
United States District Judge