SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Karen Trinh, DDS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TRINH, DDS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 5:20-cv-04265-BLF<br><br>**PLAINTIFF'S REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1    Plaintiff Karen Trinh, DDS, Inc., pursuant to Federal Rule of Civil Procedure
2 41(a)(1)(A)(i), hereby requests the dismissal with prejudice of this action. This request is based
3 on Plaintiff's preference to not amend the complaint and to instead seek dismissal with
4 prejudice to enable an immediate appeal.

Respectfully Submitted,

DATED:  January 21, 2021              SANJIV N. SINGH, A PROFESSIONAL LAW
                                      CORPORATION

                                      By: /s/ Sanjiv N. Singh
                                            Sanjiv N. Singh

                                      INDRAJANA LAW GROUP, A PROFESSIONAL
                                      LAW CORPORATION

                                      By: /s/ Michael B. Indrajana
                                            Michael B. Indrajana

                                      *Counsel for Plaintiff,* KAREN TRINH, DDS., INC.

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's action is dismissed with prejudice.

DATE: January 21, 2021

_____
The Honorable Beth Labson Freeman
United States District Judge