SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HEALTHNOW MEDICAL CENTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TRINH, DDS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>            Defendants. | Case No.: 5:20-cv-04265-BLF<br><br>PLAINTIFF KAREN TRINH, DDS, INC.'S NOTICE OF APPEAL |

# NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 3(a) and Rule 4, Plaintiff Karen Trinh, DDS, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Motion to Dismiss (Dkt. No. 38), where the Court granted Defendant State Farm General Insurance Company's motion to dismiss (Dkt. No. 27) without oral argument, and the subsequent Order to Dismiss with Prejudice issued by the Court (Dkt. No. 40).

DATED: January 25, 2021          INDRAJANA LAW GROUP, A
                                 PROFESSIONAL LAW CORPORATION

                         By:     /s/ *Michael Indrajana*
                                 _____
                                 Michael Indrajana
                                 Attorneys for Plaintiff KAREN TRINH
                                 DDS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 25, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

DATED: January 25, 2021

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: /s/ *Michael Indrajana*
Michael Indrajana
Attorneys for Plaintiff KAREN TRINH DDS, INC.